**Order filed December 15, 2011**



In The

# Fourteenth Court of Appeals

### NO. 14-11-00021-CV

**DAVID H. ANDERSON, Appellant**
**V.**
**BAXTER, SCHWARTZ & SHAPIRO LLP, Appellee**

**On Appeal from the 61st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-11371**

# O R D E R

The clerk's record was filed March 29, 2011. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain Plaintiff's amended petition.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before December 20, 2011, containing Plaintiff's amended petition.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM